UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ALTICOR INC. and AMWAY CORP.<br><br>    Plaintiffs,<br><br>    v.<br><br>UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT and WARNER MUSIC GROUP CORP.,<br><br>    Defendants. | Case No. 6:14-cv-542-ORL-37-DAB |
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, SONY MUSIC ENTERTAINMENT US LATIN LLC, ARISTA MUSIC, ARISTA RECORDS LLC, PROVIDENT LABEL GROUP LLC, ZOMBA RECORDING LLC, ATLANTIC RECORDING CORPORATION, ELEKTRA ENTERTAINMENT GROUP INC., WARNER BROS. RECORDS INC., and WARNER MUSIC LATINA INC.,<br><br>    Counterclaimants,<br>v.<br><br>ALTICOR INC., AMWAY CORP., AMWAY INTERNATIONAL INC., and DOES 1 through 20, inclusive,<br><br>    Counterclaim Defendants. | |

**COUNTERCLAIM DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO DISMISS COUNTERCLAIMS IN PART**

Pursuant to Local Rule 3.01(d), Counterclaim Defendants ("Amway"), move for leave to file a 5-page reply to Counterclaimant's Opposition to Counterclaim Defendants' Motion to Counterclaims in Part [Dkt. No. 117], to address the Record Companies' contention that when a "series of related images" is synchronized to a "preexisting" sound recording, the resulting video is not an "audiovisual work," as that term is used in the Copyright statute. The reply would succinctly explain how the Record Companies' contention is not supported by the plain language of the statute, its legislative history, or the cases cited in the Record Companies' brief.

The granting of this motion will not delay the disposition of these proceedings. A short reply would untangle and expose the Record Companies' misplaced arguments, and would assist the Court in deciding the motion. Amway therefore requests that the Court grant Amway permission to file a 5-page reply.

## LOCAL RULE 3.01(G) CERTIFICATION

The undersigned counsel for Amway certifies that he has conferred with counsel for the Record Companies in a good faith effort to resolve this matter, but counsel for the Record Companies are opposed to the relief requested herein.

WHEREFORE, Counterclaim Defendants, ALTICOR INC., AMWAY CORP., and AMWAY INTERNATIONAL INC., respectfully request leave to file a 5-page reply to Counterclaimants' Opposition to Counterclaim Defendants' Motion to Dismiss Counterclaims in Part [Dkt. No. 117].

Respectfully submitted,

*/s/ James S. Toscano*
**JAMES S. TOSCANO, ESQUIRE**
Florida Bar No. 899909
**JENNIFER R. DIXON, ESQUIRE**
Florida Bar No. 087951
Lowndes, Drosdick, Doster, Kantor

    & Reed, P.A.
215 North Eola Drive
Post Office Box 2809
Orlando, Florida 32802-2809
james.toscano@lowndes-law.com
jennifer.dixon@lowndes-law.com
patsy.wong@lowndes-law.com
litcontrol@lowndes-law.com
Telephone: (407) 843-4600
Facsimile: (407) 843-4444

– AND –

**JAMES R. SOBIERAJ, ESQUIRE**
**JACOB C. BACHMAN, ESQUIRE**
Brinks, Gilson & Lione
455 N. Cityfront Plaza Drive, Suite 3600
Chicago, IL 60611
j.sobieraj@brinksgilson.com
j.bachman@brinksgilson.com
Telephone: (321) 321-4200
*Attorneys for Counterclaim Defendants*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 7th day of May 2015, a true and correct copy of the foregoing has been electronically filed and served via CM/ECF which system will send notice to all attorneys of record.

    */s/ James S. Toscano*
    **JAMES S. TOSCANO**