**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**In Re: Record Company Infringement Litigation**

**ARISTA MUSIC, ARISTA RECORDS LLC,
ATLANTIC RECORDING CORPORATION, et al,**

      **Plaintiffs,**

v.                                      **Case No:   6:15-cv-708-Orl-37DCI**

**ALTICOR INC., AMWAY CORP., TIM
FOLEY, FOLEY & COMPANY, INC., et al,**

      **Defendants.**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**ALTICOR, INC. and AMWAY CORP.,**

      **Plaintiffs,**

v.                                      **Case No:   6:14-cv-542-Orl-37DCI**

**UMG RECORDINGS, INC., CAPITOL RECORDS,
LLC, SONY MUSIC ENTERTAINMENT, et al,**

      **Defendants.**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**UMG RECORDINGS, INC., CAPITOL RECORDS,
LLC, SONY MUSIC ENTERTAINMENT, et al,**

      **Plaintiffs,**

v.                                      **Case No:   6:14-cv-1511-Orl-37DCI**

**TIM FOLEY, FOLEY & COMPANY, INC., THE
FOLEY CORPORATION OF AMERICA, et al,**

      **Defendants.**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**UMG RECORDINGS, INC.; CAPITOL RECORDS,
LLC; SONY MUSIC ENTERTAINMENT; et al,**

      **Plaintiffs,**

v.                                      **Case No:   6:14-cv-2045-Orl-37DCI**

**NARUSS MAHAKKAPONG;
SAMORNSRI MAHAKKAPONG; et al,**

      **Defendants.**

## ORDER OF DISMISSAL WITH PREJUDICE

This cause is before the Court upon the Special Master Court Report No. 3 filed December 28, 2016 (Doc 92) indicating that this case and all related cases listed above have settled.   Accordingly, it is:

**ORDERED AND ADJUDGED:**

That the above-styled causes are hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.   All pending motions are denied as moot and all deadlines are terminated.

The Clerk is hereby ordered to close this file.

**DONE AND ORDERED** at Orlando, Florida this 4th day of January, 2017.

ROY B. DALTON JR.
United States District Judge

Copies:       Counsel of Record